No. 12–6001/AF.  U.S. v. Scott M. Dease, Jr.  CCA 2011–04.  On consideration of the motion to consider Appellant's reply brief on its merits, said motion is hereby denied.